**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH ATSUS,

    Plaintiff,

  v.

EQUITY LENDERS LLC, ET. AL.,

    Defendants.

                                   /

No. C 11-06210 CRB

**ORDER**

Plaintiff has filed an ex parte Application for Temporary Restraining Order and Order to Show Cause why a Preliminary Injunction Should not Issue. Dkt. 12. The Court hereby ORDERS as follows:

- A hearing on Plaintiff's Application for a Temporary Restraining Order shall take place on Tuesday, January 24, 2012 at 10:00 a.m. in Courtroom 6.
- The Clerk shall serve a copy of this Order and Plaintiff's Application on Defendants forthwith.
- If Defendants wish to file a response, they must do so by Monday, January 23, 2012 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: January 19, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\6210\Order re TRO.wpd