IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH ATSUS,

    Plaintiff,

v.

EQUITY LENDERS LLC,

    Defendant.

No. C 11-06210 CRB

**ORDER TO SHOW CAUSE**

Plaintiff Joseph Atsus has filed a second motion for a temporary restraining order. Dkt. 12. Defendants, through counsel, are Ordered to Show Cause why a temporary restraining order should not issue. The Court ORDERS as follows:

1. Defendants shall file a Response to the Order to Show Cause by Tuesday, January 31, 2012.
2. Any Reply shall be filed by Thursday, February 2, 2012 at noon.
3. A hearing on Plaintiffs' Application for a Temporary Restraining Order shall take place on Friday, February 3, 2012 at 10:00 a.m. in Courtroom 6.
4. Plaintiff shall serve a copy of this Order on Defendants forthwith.

**IT IS SO ORDERED.**

Dated: January 24, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE