IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ATSUS,<br><br>   Plaintiff,<br><br> v.<br><br>EQUITY LENDERS LLC, ET AL.,<br><br>   Defendants. | No. C 11-06210 CRB<br><br>**ORDER RE MOTIONS FOR TEMPORARY RESTRAINING ORDERS** |

  This case came before the Court on Friday, April 6, 2012, for the initial case management conference. Plaintiff failed to appear. Accordingly, the Court ordered through minute order Plaintiff to show cause why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) by Friday, April 13, 2012. Despite failing to appear, Plaintiff filed on April 6, 2012 a third request for a temporary restraining order.

  This request restates the same arguments as the prior two applications for a temporary restraining order. See dkts. 7, 12. Previously, the Court had ordered Defendants to file a response to the second application for a TRO, and set a hearing date. Dkt. 13. Defendant filed a declaration in response, but Plaintiff failed to appear at the hearing scheduled for February 3, 2012. Dkts. 18, 19. The Court then scheduled an initial case management conference for Friday, April 6, 2012, at which Plaintiff also failed to appear.

The Court will construe Plaintiff's third application for a temporary restraining order as a response to the Order to Show Cause. Plaintiff failed to appear at the Show Cause Hearing on Friday, April 13, 2012, and the Court took the matter under submission. Dkt. 27. The Court DENIES the third motion for the temporary restraining order for the reasons stated in the prior orders. See, e.g., dkt. 7.

Despite failing to appear at the April 13, 2012 hearing, Plaintiff filed a fourth motion for a temporary restraining order on April 19, 2012. Dkts. 28, 29. This again restates the same arguments as the prior motions, and is DENIED on the same grounds. The Court will not entertain any further requests for a temporary restraining order between now and the case management hearing absent the presentation of new factual circumstances warranting such relief.

The Court ORDERS both Plaintiff and Defendants to appear **IN PERSON** for a case management conference on **Friday, May 4, 2012 at 8:30 a.m in Courtroom 6**. Defendants should be prepared to discuss their plan for responding to Plaintiff's Complaint at that time. The Plaintiff's failure to appear in person at the hearing will result in dismissal of Plaintiff's case for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 25, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE