IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH ATSUS,

    Plaintiff,

v.

EQUITY LENDERS LLC, ET AL.,

    Defendants.

No. C 11-06210 CRB

**ORDER DISMISSING CASE**

The Court ordered both parties to appear IN PERSON for a case management conference on Friday, May 4, 2012, at **8:30 a.m.** Dkt. 30. The Court stated that Plaintiff's failure to appear in person at the scheduled hearing time <u>would result</u> in dismissal of Plaintiff's case for failure to prosecute. Dkt. 30. Defendant appeared as ordered. Despite calling the case twice, Plaintiff failed to appear at the scheduled time. Accordingly, the Court DISMISSES the case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: May 4, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE