IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ATSUS,<br><br>        Plaintiff,<br><br>  v.<br><br>EQUITY LENDERS LLC, ET AL.,<br><br>        Defendants.<br>_____/ | No. C 11-06210 CRB<br><br>**JUDGMENT** |

    Having dismissed the case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b), the Court hereby enters judgment for Defendants and against Plaintiff.

    **IT IS SO ORDERED.**

Dated: May 4, 2012

CHARLES R. BREYER  
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\6210\Judgment.wpd