IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ATSUS,<br><br>    Plaintiff,<br><br>  v.<br><br>EQUITY LENDERS LLC, ET AL.,<br><br>    Defendants.<br>_____/ | No. C 11-06210 CRB<br><br>**ORDER** |

    The Court is in receipt of Plaintiff's filing of May 4, 2012 that appears to be an answer to a complaint. The Court does not have jurisdiction over any case in which Mr. Atsus is the defendant, and would be required to file an answer to a complaint. Accordingly, the Court will not file the document and it will be returned.

    **IT IS SO ORDERED.**

Dated: May 8, 2012

                                             CHARLES R. BREYER<br>
                                             UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\6210\Order re Filing.wpd